UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NARENCO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Risen Energy America, Inc.,<br><br>    Defendant. | **ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE TO MARCH 30, 2021**<br><br>Case No. 1:20-CV-00236-CCR |

  Having considered the Parties' Joint Motion to Extend the Mediation Deadline to March 30, 2021, and for good cause appearing;

  IT IS ORDERED granting the Joint Motion and extending the mediation deadline to March 30, 2021.

  DONE this 30th day of November, 2020.

                _____
                Christina Reiss, District Judge
                United States District Court